UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO CORRALES-BARRAZA,<br><br>Defendant. | Case No. 89CR0099-E<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT** |
|---|---|

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled Indictment charging RIGOBERTO CORRALES-BARRAZA with violating 8 U.S.C. § 1160 – False Statement in Amnesty Application, returned by the Grand Jury on February 1, 1989, be dismissed without prejudice.  [# 8]  IT IS FURTHER ORDERED that the Warrant for Arrest of RIGOBERTO CORRALES-BARRAZA for Failure to Appear, issued on February 17, 1989, is hereby recalled.  [# 14]

IT IS SO ORDERED.

DATED:  March 25, 2013

_____
WILLIAM B. ENRIGHT, Judge
United States District Court

89CR99]